UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL K. JONES, | ) |
|        Petitioner, | ) |
| vs. | ) No. 1:16-cv-01592-WTL-MJD |
| UNITED STATES OF AMERICA, | ) |
|        Respondent. | ) |

**Judgment**

By Order entered on this date, Petitioner Michael Jones's sentence shall be reduced to 74 months to be followed by a 2-year term of supervised release. Judgment is entered accordingly.

Date: 4/11/17

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel